Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for Debtor(s) Timothy Scott Rhone & Kelli Ann Rhone

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In re

Timothy Scott Rhone
XXX-XX-0602

Kelli Ann Rhone
XXX-XX-7926

Debtors.

Case No. 10-21689-A-7

DC No.: SNM-1
DATE: MARCH 1, 2010
TIME: 9:00 A.M.
DEPT#: A - COURTROOM 28
HONORABLE JUDGE MCMANUS

**MOTION FOR AN ORDER APPROVING ABANDONMENT OF
TIM RHONE'S INSTALLATION DEPARTMENT (A SOLE PROPRIETORSHIP)**

TO THE HONORABLE BANKRUPTCY JUDGE,

The Motion of Timothy Scott Rhone and Kelli Ann Rhone respectfully represents:

1. Movants filed a voluntary petition for relief under Title 11 of the United States code on January 25, 2010.
2. At the time of the entry of the order for relief debtors were in possession of the following described property: Tim Rhone's Installation Department (a sole proprietorship), located at 655 Fox Pointe Rd, Vacaville, CA 95687, consisting of personal property described on Schedule B and as more particularly described on debtors declaration filed herewith.
3. The property so described is claimed as exempt by the debtors under CCP 703.140(b)(6) and CCP 703.140(b)(5) and no administration by the trustee is contemplated.

-1-

4. Movants desire to continue to operate said business during the pending of the bankruptcy proceeding and require an order of abandonment under Bankruptcy Rule 6007.

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: January 29, 2010

/s/ Stephen Murphy
STEPHEN MURPHY
Attorney for Movants